UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROL SCHROEDER, | ) |
| Plaintiff, | ) No. 4:19-CV-1160 RLW |
| v. | ) |
| SCHNUCK MARKET. INC., | ) |
| Defendant. | ) |

## ORDER

On July 1, 2019, Defendant Schnuck Markets, Inc. filed its Motion to Dismiss Count III of Plaintiff's Complaint (ECF No. 6). On February 21, 2020, Plaintiff filed her Statement of No Objection to Dismissal of Count Three of Plaintiff's Complaint (ECF No. 22).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Schnuck Markets, Inc.'s Motion to Dismiss Count III of Plaintiff's Complaint (ECF No. 6) is **GRANTED**.

Dated this 24th day of February, 2020.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**